# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jerome Schmitz, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR STATUS CONFERENCE** |
| | ) | **RE DISCOVERY DISPUTE** |
| vs. | ) | |
| | ) | |
| | ) | |
| 4-TB, Inc. and Nelson Centeno, | ) | |
| | ) | Case No.: 1:19-cv-016 |
| Defendant. | ) | |

A status conference is scheduled for December 10, 2019, at 1:30 p.m. by telephone. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 3rd day of December, 2019.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court