IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jerome Schmitz,<br><br>                              Plaintiff,<br><br>vs.<br><br>4-TB, Inc. and Nelson Centeno<br><br>                              Defendant. | Civil No.: 1:19-cv-00016 |

## ORDER ADOPTING STIPULATION OF DISMISSAL WITH PREJUDICE

[¶1]     THIS MATTER comes before the Court upon a "Stipulation of Dismissal with Prejudice" filed June 18, 2020. See Doc. No. 40. Pursuant to the Stipulation, the Parties stipulate to dismiss with prejudice any and all claims the Plaintiff may have against the Defendants. Id. The parties further stipulate each party will bear their own costs and fees. Id.

[¶2]     Upon consideration, the Court **ADOPTS** the Stipulation in its entirety. It is therefore **ORDERED** that this action is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear their own attorney's fees and costs.

[¶3]     **IT IS SO ORDERED.**

DATED June 19, 2020.

_____
Daniel M. Traynor, District Judge
United States District Court